Justin A. Martin (SBN 317939)
DENTONS US LLP
4675 MacArthur Court, Ste. 1250
Newport Beach, CA 92660

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| C.J. SEGERSTROM & SONS | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8-22-CV-00466-MEMF-JDE |
| v. | |
| LEXINGTON INSURANCE COMPANY, | ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

JANICIK, DOUGLAS D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

602-508-3900      602-955-1002
*Telephone Number     Fax Number*

doug.janicik@dentons.com
*E-Mail Address*

of  DENTONS US LLP
2398 E. Camelback Road, Ste. 850
Phoenix, AZ 85016

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

LEXINGTON INSURANCE COMPANY

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Martin, Justin A.
*Designee's Name (Last Name, First Name & Middle Initial)*

317939            949-732-3700       949-372-3739
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

*E-Mail Address*

of  DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, CA 92660

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded. **Dated:** March 26th, 2024

/s/ Maame Ewusi-Mensah Frimpong
U.S. District Judge/~~U.S. Magistrate Judge~~